

No. 17–0482/AF. U.S. v. Kenneth W. Frank, Jr. CCA 38854. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to August 1, 2017.

No. 17–0487/AR. U.S. v. Brian J. Jackson. CCA 20160208. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 1, 2017.

No. 17–0488/AR. U.S. v. Darrin V. Morris. CCA 20160379. Appellee's motion to file a 10–day letter out of time is denied.

No. 17–0508/AF. U.S. v. Nelson W. Meurer. CCA S32406. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 3, 2017.

No. 17–0509/AF. U.S. v. Zakery J. Schram. CCA 38954. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 3, 2017.

No. 17–0510/MC. U.S. v. Derrick L. Dinger. CCA 201600108. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 7, 2017.

No. 17–0511/MC. U.S. v. Frank A. Dellacamera III. CCA 201600230. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 7, 2017.

No. 17–0417/AR. U.S. v. D' Anthony J. Williams. CCA 20140604. On consideration of Appellant's petition for reconsideration of the Court's order issued June 21, 2017, it is ordered that said petition for reconsideration is denied.

No. 17–0424/AR. U.S. v. Cornelius D. Bailey. CCA 20160498. On consideration of Appellant's petition for reconsideration of the Court's order issued June 26, 2017, it is ordered that said petition for reconsideration is denied.

No. 17–0426/AR. U.S. v. Ruben D. Fuentes, Jr. CCA 20160780. On consideration of Appellant's petition for reconsideration of the Court's order issued June 28, 2017, it is ordered that said petition for reconsideration is denied.